# EXHIBIT E

# SPIRIT

北京思必锐翻译有限责任公司

Beijing Spirit Translation Co.,Ltd.

Date: June 29, 2020

To Whom It May Concern:

## COMPETENCY CERTIFICATE FOR LU MIMI

I hereby certify that, it is my belief that, Lu Mimi, translator of Beijing Spirit Translation Co., Ltd. of Room 1703, Tower 7, Jianwai SOHO, No. 39, East 3rd Ring Middle Road, Chaoyang District, Beijing, China, is competent to translate into English the following documents (in Chinese) delivered to you.

1. Extension Agreement (延期协议) dated March 2, 2007
2. Second Extension Agreement (第二次延期协议) dated March 14, 2008
3. Supplemental Agency Agreement (代理协议补充协议) dated June 13, 2008

Your faithfully

*Lu Mimi*

He Xue

Managed of Translation Department

Beijing Spirit Translation Co., Ltd.

# SPIRIT 北京思必锐翻译有限责任公司
## Beijing Spirit Translation Co.,Ltd.

Date: June 29, 2020

To Whom It May Concern:

## COMPETENCY CERTIFICATE FOR LU MIMI

I, Lu Mimi, translator of Beijing Spirit Translation Co., Ltd. of Room 1703, Tower 7, Jianwai SOHO, No. 39, East 3rd Ring Middle Road, Chaoyang District, Beijing, China, hereby certify that the English translations of the documents listed below (in Chinese) are, to the best of my knowledge and belief, correct and accurate translations.

1. Extension Agreement (延期协议) dated March 2, 2007
2. Second Extension Agreement (第二次延期协议) dated March 14, 2008
3. Supplemental Agency Agreement (代理协议补充协议) dated June 13, 2008

Your faithfully

_He Xue_

Lu Mimi

# SPIRIT 北京思必锐翻译有限责任公司
## Beijing Spirit Translation Co.,Ltd.
### QUALIFICATION CERTIFICATE FOR LU MIMI





姓名： 鲁弥弥
Full Name

语种： 英语
Language

性别： 女
Sex

资格级别： 二级笔译
Qualification Level: Translator Level II

出生年月： 1991年01月
Date of Birth

专业类别：
Professional Type

批准日期： 2015年05月24日
Approval Date

签发单位盖章：
Issued by

签发日期： 2016年4月21日
Issued on

编号 No. 14002970

# SPIRIT  北京思必锐翻译有限责任公司
## Beijing Spirit Translation Co., Ltd.

*Below is the translation of the above Qualification Certificate for Lu Mimi:*

Full name: Lu Mimi

Sex: Female

Date of Birth: January 1991

Language: English

Qualification Level: Translator Level II

Professional Type:



(Official Seal of China Foreign Language Publishing & Distribution Administration)

Implementation and Management Department for China Accreditation Test for Translators and interpreters

No.:14002970



Issued by:

Beijing Municipal Human Resources and Social Security Bureau Special Seal for Professional Title (1)

Issued on: April 21, 2016

# Extension Agreement

The Agency Agreement between Sinopec International Petroleum Exploration and Production Corporation and UNI-TOP Asia Investment Limited executed on March 4, 2005 ("Original Agreement") will expire on March 4, 2007. Based on the requirement of the project, both parties mutually agree to extend the term of the Original Agreement to March 6, 2008. Article 5.2.1 of the Original Agreement is amended to read as follows: "[t]he Company shall pay the Agent an upfront fee of USD 10,000 per month from the moment it notifies the Agency of the commence of the service." The other terms of the Original Agreement remain effective.

Sinopec International Petroleum Exploration and Production Corporation

[signature]

Name: ZHOU Baixiu
Position: General Manager
Date: March 2, 2007

UNI-TOP Asia Investment Limited

*For and on behalf of*
*UNI-TOP ASIA INVESTMENT LIMITED*

[signature]

*Authorized Signature(s)*

Name: LAU Fong
Position: Chairman and General Manager
Date: March 2, 2007



# 延 期 协 议

2007.03.02

3

中国石化集团国际石油勘探开发有限公司与 UNI-TOP ASIA INVESTMENT LIMITED 于 2005 年 3 月 4 日签署的《中国石化集团国际石油勘探开发有限公司与 UNI-TOP ASIA INVESTMENT LIMITED 代理协议》（以下简称原协议），将于 2007 年 3 月 4 日到期。根据项目需要，经双方协商一致，同意将原协议的有效期延长至 2008 年 3 月 6 日。其中原协议 5.2.1 项修改为"公司自通知代理人开始提供服务时起每月向代理人支付前期费用壹万美元"。原协议其它条款继续有效。



| 中国石化集团国际 | UNI-TOP ASIA |
| --- | --- |
| 石油勘探开发有限公司 |  |
| 姓名： 周佰修 | 姓名： 刘 方 |
| 职务： 总经理 | 职务： 董事长兼总经理 |
| 日期： 2007 年 3 月 2 日 | 日期： 2007 年 3 月 2 日 |

37