UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNI-TOP ASIA INVESTMENT LIMITED,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>SINOPEC INTERNATIONAL PETROLEUM EXPLORATION AND PRODUCTION CORPORATION,<br><br>　　　　　　　　　　　　Respondent. | Civ. Action No. 1:20-cv-01770-DLF |

## MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY

　　　　Petitioner UNI-TOP Asia Investment Limited ("UNI-TOP"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 26, hereby moves this Court for leave to conduct jurisdictional discovery according to the Federal Rules of Civil Procedure.  As detailed in the accompanying Memorandum of Points and Authorities in Support of Petitioner's Motion for Leave to Conduct Jurisdictional Discovery, the law of this Circuit authorizes jurisdictional discovery where, as here, there are competing versions of jurisdictional facts that are material to the Court's determination and exercise of jurisdiction.

　　　　In this case, jurisdictional discovery is necessary to resolve disputed issues of fact that are central to the resolution of Respondent's Motion to Dismiss (Dkt. 26) and Petitioner's anticipated Opposition thereto.  Furthermore, jurisdictional discovery conducted under the Federal Rules of Civil Procedure would be appropriate, efficient, and effective in this case.  Conversely, it would be inappropriate, inefficient, and ineffective to require the use of discovery procedures under The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Evidence Convention"), as such procedures are

unreasonably slow and burdensome and would not likely yield the type of discovery necessary to resolve the disputed jurisdictional facts.  Requiring UNI-TOP to proceed under the Hague Evidence Convention would mean that the taking of discovery available as of right under U.S. law would almost surely be prohibited by China's "Central Authority," which may shield Respondent from having to produce documents in China and which, according to Respondent, will not allow the use of depositions and other tools of discovery that are critical to resolving the jurisdictional issues raised in Respondent's Motion to Dismiss.  Thus, Petitioner respectfully requests that the Court enter an Order granting Petitioner leave to conduct jurisdictional discovery in accordance with the Federal Rules of Civil Procedure.

Petitioner also respectfully requests that it be given a period of six (6) months in which to conduct such discovery in light of the need for coordination with Respondent and translation of produced materials.  After the completion of such discovery, Petitioner proposes that it be given sixty (60) days to prepare and file its Opposition to Respondent's Motion to Dismiss.

Pursuant to LCvR 7(m), Petitioner confirms that, as described in Petitioner's prior Unopposed Motion to Stay Proceedings Pending Resolution of Petitioner's Forthcoming Motion for Leave to Conduct Jurisdictional Discovery (Dkt. 28), Petitioner discussed this motion for jurisdictional discovery with Respondent's counsel on March 25 and 31, 2021.  As the Court is aware, Respondent's counsel has advised that Respondent will oppose this motion and would only be willing to respond to jurisdictional discovery conducted in accordance with the Hague Evidence Convention.

Dated: April 30, 2021

        Respectfully Submitted,

        **WILMER CUTLER PICKERING HALE and DORR LLP**

        <u>/s/ David W. Bowker</u>

        David W. Bowker
        David.Bowker@wilmerhale.com
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        USA
        Tel: +1 202 663 6000
        Fax: +1 202 663 6363

        John V.H. Pierce (*pro hac vice*)
        John.Pierce@wilmerhale.com
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007
        United States of America
        Tel: +1 212 230 8829
        Fax: +1 212 230 8888

        Gary Born (*pro hac vice*)
        Gary.Born@wilmerhale.com
        Jonathan Lim (*pro hac vice*)
        Jonathan.Lim@wilmerhale.com
        49 Park Lane
        London W1K 1PS
        United Kingdom
        Tel: +44 (0)20 7872 1000
        Fax: +44 (0)20 7839 3537